COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUIT 3200
SAN ANTONIO TEXAS 78205-3037

| | |
|---|---|
| Marcus EVERETTE HARPER<br>Appellant<br><br>V.<br>TEXAS DEPARTMENT of<br>CRIMINAL JUSTICE, Et al<br>Deffendant's | § § § § § § § § § § Court of Appeals no: 04-15-00489-CV<br>Trial Court Case no: 97,305-C |



2015 AUG 21 PM 2:13

KEITH E. HOTTLE, CLERK

FILED IN THE COURT OF APPEALS AT SAN ANTONIO, TEXAS

## Motion for EXTENSION OF TIME

To THE HONORABLE JUDGE OF THIS COURT:

Come now Marcus E. Harper Hereafter to as Appellant Requesting the following:

### I

Appellant Move for a 30 day extension of time to File his docketing statement under Tex. R. APP. P.32 and 4th Tex. APP. (San Antonio) Loc. R S.2., in this Court. Because Appellant Receive the court's order on the same day the Court order was due August 17, 2015. Here is a layin with the date that the Appellant receive the legal Mail at the Mail room on Bill Clements Unit, 9601 Spur 591, Amarillo. Tx 79107.

1

# PRAYER

In accordance with Tex.R.APP.P.32 and 4th Tex.APP (San Antonio) Loc.R.5.2. a docketing statement must be file with the notice of appeal. Appellant prays that this Honorable Court grant the 30 days Extension to prepare docketing $ Statement

ALL OF THE ABOVE IS TRUE AND CORRECT TO THE BEST OF THE APPELLANT HARPER KNOWLEGDE AND RECOLLECTION, SWORN UNDER PENALTY OF PERJURY ON 17 DAY OF AUGUST 2015 _Marcus Harper_

Marcus EVERETTE Harper
TDCJ #692332
Bill Clements Unit
9601 SPUR 591
Amarillo Tx 79107

TDCJ — INSTITUTIONAL DIVISION
OFFICIAL LAYIN PASS
ADMINISTRATIVE

EFFECTIVE DATE: 08/17/2015
FROM-TO TIME: 10:00-10:45
START DATE: 08/17/2015 END DATE: 08/17/2015

ADMIT: 00692332 HARPER, MARCUS EVERETTE
REASON: MAILROOM/LEGAL      HOUSE: 19T-001

JOB: UNASGN MEDICAL.
EDUC:                              00:00-00:00

COUNTROOM: GRANT

TITLE: ADMIN

2

Marcus Harper #692532
Bill Clements Unit
9601 Spur 591
Amarillo TX 79107

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 AUG 21 PM 2: 13

Keith E. Hottle
KEITH E. HOTTLE, CLERK

7820583037

AMARILLO TX 791
18 AUG 2015 PM 1 T

Clerk of the Court
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

OFFENDER MAIL

PRIVILEGED OFFED BY TEXAS
NOT INSPECTED BY CRIMINAL
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION